UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO BRANCH

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SCYMACK AHMADPOOR, an individual, MICHAEL J. O'HALLORAN, an individual, MISSION FINANCIAL SERVICES CORPORATION, a California corporation, MOSSY AUTOMOTIVE GROUP, INC. dba MOSSY TOYOTA, a California corporation, CALIFORNIA DEPARTMENT OF MOTOR VEHICLES, a state agency, TYRONE STEELE, an individual, KEARNY MESA HYUNDAI-SUBARU, a business entity, form unknown, inclusive,<br><br>　　　　　　Defendants. | Case No.  08 CV 2020 IEG LSP<br><br>**ORDER ON STIPULATION FOR DISBURSEMENT OF INTERPLED FUNDS TO GREAT AMERICAN, TYRONE STEELE AND DEPARTMENT OF MOTOR VEHICLES AND DISMISSAL** |

　　　　The Court, having considered the Stipulation of the parties for disbursement of the interpled funds and good cause appearing therefor, IT IS HEREBY ORDERED that the Clerk of the Court shall disburse the balance of the Bond now deposited with this Court as follows:

　　　　1.　　　California Department of Motor Vehicles ("DMV") shall receive the full amount of its claim in the amount of $725.00 from the deposited interpleader funds.

///

     2.     TYRONE STEELE shall receive $7,500.00 in full satisfaction of his claim from the deposited interpleader funds. The check shall be made payable to Law Offices of Douglas Jaffe as attorneys for Tyrone Steele and be sent to 402 West Broadway, 4th Floor, San Diego, CA 92101.

     3.     The remaining balance of the deposited interpleader funds in the amount of $41,775.00 and any interest accrued thereon shall be reimbursed to Plaintiff GREAT AMERICAN INSURANCE COMPANY care of its attorney, the Law Offices of John L. Fallat, 999 Fifth Avenue, Suite 590, San Rafael, CA 94901.

     4.     The case shall be dismissed with prejudice following the disbursement of the deposited funds.

     5.     The disbursements shall be made to the parties care of their attorneys.

     6.     Great American Insurance is hereby discharged of any further liability on the motor vehicle dealer bond of Roman Auto Industries, Inc. doing business as European Coach Company bond related thereto – No. 397-89-17-985044.

**IT IS SO ORDERED.**

DATED: July 16, 2009

_____
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**